IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA PARKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:14-CV-4007-D |
| VS. | § | |
| | § | |
| EXETER FINANCE CORP., | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff Patricia Parker and defendant Exeter Finance Corporation shall perform the Settlement Agreement contained at ECF Doc. No. 34 in accordance with its terms, subject to the attorney's lien held by Lemberg Law LLC in the amount of $5,000 and its right to payment from the settlement proceeds held in escrow.  This civil action is dismissed with prejudice.

Taxable costs of court are assessed according to the terms of the Settlement Agreement.

Done at Dallas, Texas August 11, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE